Case 07-70706    Doc 65    Filed 04/28/08    Entered 04/28/08 08:48:47    Desc Main
Document      Page 1 of 2

## United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: EDDIE T. ROBERSON & JANINE L. ROBERSON  
803 LINCOLN AVENUE  
ROCKFORD, IL 61102  

SSN-xxx-xx-8413 & xxx-xx-2042

Case Number: 07-70706

Case filed on: 3/27/2007  
Plan Confirmed on: 7/13/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,790.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 1,873.38 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 1,873.38 | 0.00 |
| 004 | INDYMAC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | INTERNAL REVENUE SERVICE | 2,600.90 | 2,600.90 | 0.00 | 0.00 |
| 028 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 2,600.90 | 2,600.90 | 0.00 | 0.00 |
| 999 | EDDIE T. ROBERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 2,454.98 | 2,000.00 | 652.75 | 56.51 |
| 003 | INDYMAC BANK FSB | 8,419.02 | 8,419.02 | 28.78 | 0.00 |
|  | Total Secured | 10,874.00 | 10,419.02 | 681.53 | 56.51 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 454.98 | 0.00 | 0.00 |
| 002 | CAPITAL ONE AUTO FINANCE | 4,172.16 | 0.00 | 0.00 | 0.00 |
| 005 | HEIGHTS FINANCE | 986.03 | 986.03 | 0.00 | 0.00 |
| 006 | AFFILIATED SURGEONS OF ROCKFORD | 144.29 | 144.29 | 0.00 | 0.00 |
| 007 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DR. WILLIAM BAILEY MURRAY, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MANHATTAN COUNSELING CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR GAS | 1,302.28 | 1,302.28 | 0.00 | 0.00 |
| 014 | RMH PATHOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCK RIVER WATER RECLAMATION DIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD HEALTH PHYSICIANS | 196.21 | 196.21 | 0.00 | 0.00 |
| 017 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD MERCANTILE AGENCY INC | 855.84 | 855.84 | 0.00 | 0.00 |
| 019 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MUTUAL MANAGEMENT SERVICES | 353.25 | 353.25 | 0.00 | 0.00 |
| 022 | HEIGHTS FINANCE | 805.76 | 805.76 | 0.00 | 0.00 |
| 023 | ERROR | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | PREMIER BANKCARD/CHARTER | 397.23 | 397.23 | 0.00 | 0.00 |
| 027 | INTERNAL REVENUE SERVICE | 107.68 | 107.68 | 0.00 | 0.00 |
| 029 | CREDITORS PROTECTION SERVICE, INC | 1,037.28 | 1,037.28 | 0.00 | 0.00 |
| 030 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | LVNV FUNDING LLC | 602.26 | 602.26 | 0.00 | 0.00 |
|  | Total Unsecured | 10,960.27 | 7,243.09 | 0.00 | 0.00 |
|  | Grand Total: | 27,435.17 | 23,263.01 | 2,554.91 | 56.51 |

Total Paid Claimant: $2,611.42  
Trustee Allowance: $178.58  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008                By  /s/Heather M. Fagan